# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

130415

KAREN A. LEONARD,
      Plaintiff-Appellee,

v

BOARD OF GOVERNORS OF WAYNE
STATE UNIVERSITY,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130415
COA: 264061
WCAC: 01-000139

_____/

      On order of the Court, the application for leave to appeal the December 16, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

      KELLY, J., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006            _____
                                       Clerk

t0913